Audrey Jean CARAMANNA,
Petitioner/Respondent,

v.

Michael Arthur CARAMANNA,
Respondent/Appellant.

No. 65201.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1994.

Terry Lee Jones, Clayton, for appellant.

Hardy C. Menees, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Father appeals from the determination and division of marital property and the calculation of child support payments pursuant to the entry of a decree of dissolution. We have reviewed the findings and the record on appeal and find no error of law. An extended opinion would have no precedential value. We affirm the trial court's decree pursuant to Rule 84.16(b).

Laura Ann LACEY,
Petitioner/Respondent,

v.

Michael Robert LACEY,
Respondent/Appellant.

No. 64764.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1994.

Allan H. Zerman, Cary J. Mogerman, Zerman & Mogerman, L.L.C., Clayton, for appellant.

Thomas H. Lake, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Father appeals from the September 2, 1993 disolution decree of the trial court (as modified on September 17, 1993). We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. A written opinion would have no precedential value. Rule 84.16(b).